# EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

PAu 3-631-765

**Effective date of registration:**

September 10, 2012

## Title

**Title of Work:** Creampie Young Girls 1

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Purzel Video GmbH

**Author Created:** entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor

**Work made for hire:** Yes

**Citizen of:** Germany

## Copyright claimant

**Copyright Claimant:** Purzel Video GmbH

Industriestr. 69a, Veilsdorf, 98669, Germany

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** production as a motion picture

## Rights and Permissions

**Organization Name:** Purzel Video GmbH

**Email:** info@purzel-video.de **Telephone:** +49-368-540-0000 000000

## Certification

**Name:** Martin Goebel

**Date:** August 28, 2012

**Registration #:** PAU003631765

**Service Request #:** 1-815106829

Purzel Video GmbH
Industriestr. 69a
Veilsdorf, 98669 Germany