IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

      Plaintiff,

v.

DOES 1-200,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2013.**

      Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference [filed March 15, 2013; docket #6] is **denied without prejudice** for the reasons explained to Plaintiff and Plaintiff's counsel at the hearing held in *Purzel Video GmbH v. Does 1-39*, Case No. 13-cv-00598-WYD-MEH on April 1, 2013.