**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Purzel Video GmbH | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-00683-WYD-MEH |
| | ) |
| DOES 1-200. | ) ***JURY TRIAL DEMANDED*** |
| | ) |
| *Defendants*. | ) |
| | ) |

**DISMISSAL OF DOE NOS. 3, 8-14, 17, 19-21, 24, 25, 27, 29-30, 32, 33, 35, 37, 39-42, 44, 47, 50 AND 54-200 PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)**

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 3, 8-14, 17, 19-21, 24, 25, 27, 29-30, 32, 33, 35, 37, 39-42, 44, 47, 50 and 54-200. This Notice of Dismissal is specific to the Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal 25 John Does will remain in this action. **The 25 John Does remaining in this action are Doe Numbers 1, 2, 4-7, 15, 16, 18, 22, 23, 26, 28, 31, 34, 36, 38, 43, 45, 46, 48, 49 and 51-53.**

Dated: April 26, 2013

Respectfully submitted,

By: /s/ Paul A. Lesko

Paul A. Lesko – IL Bar No. 6288806
SIMMONS BROWDER GIANARIS

ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Attorney for Purzel Video GmbH

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

/s/ Paul A. Lesko___________________

Attorney for Plaintiff
Purzel Video GmbH