IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 1-200,

    Defendants.

---

## ORDER

---

    In accordance with Plaintiff's Dismissal of Doe Nos. 3, 8-14, 17, 19-21, 24, 25, 27, 29-30, 32, 33, 35, 37, 39-42, 44, 47, 50 and 54-200 Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(i) (ECF No. 13), it is

    ORDERED that John Doe Defendant Nos. 3, 8-14, 17, 19-21, 24, 25, 27, 29-30, 32, 33, 35, 37, 39-42, 44, 47, 50 and 54-200 are **DISMISSED** and shall be taken off the caption.

    Dated:  May 17, 2013.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE