**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Purzel Video GmbH | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-00683-WYD-MEH |
| | ) |
| DOES 1-200. | ) ***JURY TRIAL DEMANDED*** |
| | ) |
| *Defendants*. | ) |
| | ) |

## STATUS REPORT

Pursuant to the Court's Order dated April 22, 2013, Plaintiff Purzel Video GmbH files this Status Report informing the Court of the status of this case.

In accordance with the Court's Order [Docket No. 17], Plaintiff has served a subpoena on the Internet Service Provider ("ISP") Comcast seeking a limited amount of identifying information pertaining to the Does. The subpoena included a copy of the May 7, 2013 Order and provided a return date of July 8, 2013.

Comcast has yet to produce the identifying information requested by the subpoena. Plaintiff has conferred with Comcast and has been assured that Comcast is working diligently to produce the requested information. Upon receipt of the identifying information, Plaintiff will be able to further evaluate its case and effectuate service on Defendants.

Dated: July 10, 2013

Respectfully submitted
Purzel Video GmbH,

By its Attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ *Paul A. Lesko*

Paul A. Lesko
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

***Attorney for Purzel Video GmbH***

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

/s/ *Paul A. Lesko*
Paul A. Lesko - Simmons, Browder,
Gianaris, Angelides & Barnerd, LLC