IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

　　　Plaintiff,

v.

DOES 1, 2, 4-7, 15, 16, 18, 22, 23, 26, 28, 31, 34, 36, 38, 43, 45, 46, 48, 49, and 51-53,

　　　Defendants.

## ORDER

　　　In accordance with Plaintiff's Dismissal of Doe Nos. 22 and 53 Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(i) (ECF No. 24), it is

　　　ORDERED that Doe No. 22 is **DISMISSED WITHOUT PREJUDICE,** and Doe No. 53 is **DISMISSED WITH PREJUDICE.**  Doe Nos. 22 and 53 shall be taken off the caption.

　　　Dated:  August 6, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　WILEY Y. DANIEL,
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE