IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

DOES 1, 2, 4-7, 15, 16, 18, 23, 26, 28, 31, 34, 36, 38, 43, 45, 46, 48, 49, and 51-52,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(A)(1)(A)(i) filed August 30, 2013 (ECF No. 30), it is

ORDERED that Doe Nos. 15 and 43 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 30, 2013.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE