IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

ZACHARY FRITZ,
SAMUEL PERREAULT,
NICHOLAS RICH, and
CLIFFORD FELDER,

    Defendants.

## ORDER

    In accordance with Plaintiff's Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(A)(1)(A)(i) filed October 10, 2013 (ECF No. 48), it is

    ORDERED that Defendant Clifford Felder is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  October 11, 2013.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  SENIOR UNITED STATES DISTRICT JUDGE