IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

ZACHARY FRITZ,
SAMUEL PERREAULT, and
NICHOLAS RICH,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the Joint Stipulation of Dismissal filed on November 6, 2013.  The Court, having reviewed the Stipulation and being fully advised in the premises,

    ORDERS that the Joint Stipulation of Dismissal (ECF No. 50) is **APPROVED**.  Defendant Nicholas Rich is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.  Each party shall bear its own attorneys' fees, costs, and expenses.

    Dated:  November 6, 2013.

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       SENIOR UNITED STATES DISTRICT JUDGE