IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-00683-WYD-MEH

PURZEL VIDEO GmbH,

    Plaintiff,

v.

ZACHARY FRITZ, and
SAMUEL PERREAULT,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal of Defendants Zachary Fritz and Samuel Perreault Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 12, 2013 (ECF No. 55), it is

ORDERED that Defendants Zachary Fritz and Samuel Perreault are **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated:  November 12, 2013.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE